Marian F. Harrison
US Bankruptcy Judge

Dated: 1/28/2014

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

IN RE: RONALD D. FULLER and, DEBTOR         Bankruptcy No.: 13-10582
TAMRA G. FULLER

## AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONING PROPERTY

The secured creditor named below has requested the abandonment of the property listed below from the estate pursuant to 11 U.S.C. § 554(b), and relief from the automatic stay provisions of 11 U.S.C. § 362 in order to enforce the provision of the security agreement between the secured creditor and debtor.

| SECURED CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| Employee Resources Credit Union | 2010 Chrysler Town and Country |
| P.O. Box 987 | VIN 2A4RR5D12AR450750 |
| Lawrenceburg, Tennessee 38464 | |

The Trustee, by signing this Agreed Order, hereby abandons the property listed above as burdensome or inconsequential value to the estate pursuant to 11 U.S.C. § 554(b).

IT IS, SO, ORDERED, that the secured creditor listed above be, and is hereby granted relief from the automatic stay provisions of 11 U.S.C. § 362 to permit the secured creditor to proceed with the enforcement of the security interest in the above-mentioned assets, pursuant to applicable state law, and any proceeds of sale over and above the lien of Movant will be paid to Trustee.

IT IS FURTHER ORDERED that the Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R. 6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

Any objection to this Agreed Order must be filed within 14 days of the entry of the Order.

ENTERED this _____ day of _____, 20___

                                                                                        THIS ORDER WAS SIGNED AND
                                                                                        ENTERED ELECTRONICALLY AS
                                                                                        INDICATED AT THE TOP OF THE
                                                                                        FIRST PAGE

APPROVED FOR ENTRY:


 /s/ Alan C. Betz
ALAN C. BETZ, ATTORNEY
Attorney for Creditor
22 Public Square, P.O. Box 488
Lawrenceburg, TN 38464
931-762-9767
931-762-8889 (fax)
albetz@bellsouth.net



 /s/ C. Wayne Tomerlin
C. WAYNE TOMERLIN, ATTORNEY
Attorney for Debtor
P.O. Box 842
Lawrenceburg, TN 38464
931-762-1915
931-762-1912 (fax)
cwtatty@bellsouth.net



 /s/ Jeanne Ann Burton
JEANNE ANN BURTON, Trustee
95 White Bridge Rd, Suite 512
Nashville, TN 37205
615-678-6960
615-678-6961 (fax)
jeanne.burton@comcast.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.